[No. 30311-0-III. Division Three. January 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA L. RANGE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-00548-1, Salvatore F. Cozza, J., entered September 30, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Sweeney, J.

[Nos. 30377-2-III; 30571-6-III. Division Three. January 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME J. CURRY, *Appellant.*

*In the Matter of the Personal Restraint of* JEROME J. CURRY, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-01108-8, Jerome J. Leveque, J., entered October 7, 2011, together with a petition for relief from personal restraint. Judgment *remanded with instructions* and petition *dismissed* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 30519-8-III. Division Three. January 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH DEAN BYRD, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00369-1, John D. Knodell III, J., entered January 9, 2012. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kulik, JJ.